```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br>    Plaintiff,<br>  vs.<br>24 HOUR FITNESS USA, INC., et al.,<br>    Defendants | Case No. **2:09-cv-00932-MCE-GGH**<br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 7, 2009 FOR DEFENDANTS 24 HOUR FITNESS USA, INC.; MARIA LOPEZ; CAPITAL COSTUMES, INC.; NAVIN V. PATEL; MANJIT S. GHUMAN; MANDEEP KAUR; JOEL GALEANA JR.; MARIA DELOURDES CHAVEZ; ALI TAHAMTANZADEH; ELIZABETH FRANCES TAHAMTANZADEH TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, 24 Hour Fitness USA, Inc.; Maria Lopez; Capital Costumes, Inc.; Navin V. Patel; Manjit S. Ghuman; Mandeep Kaur; Joel Galeana Jr.; Maria Delourdes Chavez; Ali Tahamtanzadeh; Elizabeth Frances Tahamtanzadeh, by and through, Scott N. Johnson; 24 Hour Fitness USA, Inc.; Maria Lopez; Capital Costumes, Inc.; Navin V. Patel; Manjit S. Ghuman; Mandeep Kaur; Ravinder Kaur; Joel Galeana Jr.; Maria Delourdes Chavez; Ali Tahamtanzadeh; Elizabeth Frances Tahamtanzadeh (PRO SE), stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants 24 Hour Fitness USA, Inc.; Maria Lopez; Capital Costumes, Inc.; Navin V. Patel; Manjit S. Ghuman; Mandeep Kaur; Joel Galeana Jr.; Maria Delourdes Chavez; Ali Tahamtanzadeh; Elizabeth Frances Tahamtanzadeh are granted an extension until July 7, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' 24 Hour Fitness USA, Inc.; Maria Lopez; Capital Costumes, Inc.; Navin V. Patel; Manjit S. Ghuman; Mandeep Kaur; Joel Galeana Jr.; Maria Delourdes Chavez; Ali Tahamtanzadeh; Elizabeth Frances Tahamtanzadeh response will be due no later than July 7, 2009.

IT IS SO STIPULATED effective as of June 5, 2009

Dated: June 5, 2009                /s/Lance Armo_____
                                   Lance Armo
                                   Attorney for Defendants
                                   Ali Tahamtanzadeh;
                                   Elizabeth Frances
                                   Tahamtanzadeh

Dated: June 5, 2009                /s/Dean Myatt_____
                                   24 Hour Fitness USA,
                                   Inc.
                                   PRO SE

Dated: June 5, 2009                /s/Maria Lopez_____
                                   Maria Lopez
                                   PRO SE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:   June 5, 2009                /s/Capital Costumes,Inc.
                                     Capital Costumes, Inc.
                                     PRO SE

Dated:   June 5, 2009                /s/Navin V. Patel
                                     Navin V. Patel
                                     PRO SE

Dated:   June 5, 2009                /s/Manjit S. Ghuman
                                     Manjit S. Ghuman
                                     PRO SE

Dated:   June 5, 2009                /s/Mandeep Kaur
                                     Mandeep Kaur
                                     PRO SE

Dated:   June 5, 2009                /s/Joel Galeana Jr.
                                     Joel Galeana Jr.
                                     PRO SE

Dated:   June 5, 2009                /s/Maria Delourdes
                                     Chavez
                                     Maria Delourdes Chavez
                                     PRO SE

Dated:   June 5, 2009                /s/Scott N. Johnson
                                     Scott N. Johnson,
                                     Attorney for Plaintiff
```

24 Hour Fitness, Inc. and Capital Costumes, Inc. are corporations and therefore not permitted to appear "pro se" in this action. Corporations must appear by and through an attorney. Notwithstanding the foregoing, the Court will treat the above "Stipulation" as an ex parte request to allow the Defendants an additional period of time to respond to Plaintiff's complaint which is granted as follows:

///

///

///

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO ORDERED:** that Defendants 24 Hour Fitness USA,
2   Inc.; Maria Lopez; Capital Costumes, Inc.; Navin V. Patel;
3   Manjit S. Ghuman; Mandeep Kaur; Joel Galeana Jr.; Maria
4   Delourdes Chavez; Ali Tahamtanzadeh; Elizabeth Frances
5   Tahamtanzadeh shall have until July 7, 2009 to respond to
6   complaint.

7   Dated: June 9, 2009

9   _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

PDF created with pdfFactory trial version www.pdffactory.com