SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>24 Hour Fitness USA, Inc., et al,<br><br>Defendants | Case No.: CIV.S 09-cv-00932-MCE-GGH<br><br>**STIPULATED DISMISSAL; ORDER THEREON**<br><br>Complaint Filed: APRIL 6, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

.

1

STIPULATION FOR DISMISSAL                                   CIV: S-09-cv-00932-MCE-GGH

Dated: June 5, 2011

                                                DISABLED ACCESS PREVENTS
                                                INJURY, INC.

                                                /s/Scott N. Johnson_____
                                                SCOTT N. JOHNSON,
                                                Attorney for Plaintiff

Dated: June 7, 2011

                                                /s/Lance E. Armo_____
                                                LANCE E. ARMO,
                                                Attorney for Defendants

### ORDER

       Pursuant to the parties' stipulation, and good cause appearing therefor, the above-entitled action is hereby dismissed, with prejudice.  The Clerk of Court is hereby directed to close the file.

       IT IS SO ORDERED.

**Date:  6/9/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE